**Order entered December 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01055-CV

### IN THE INTEREST OF A.S., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00707-W**

## ORDER

Pursuant to our October 17, 2016 order, the trial court conducted a hearing to determine whether appellant desired to prosecute this appeal and, if he did, whether he was entitled to appointed counsel. The trial court found appellant desires to prosecute the appeal and appointed Frank Adler as appellant's counsel. Accordingly, we **DIRECT** the Clerk of the Court to designate Frank Adler as counsel for appellant.

As the appellate record has been filed, we **ORDER** appellant to file his brief no later than December 21, 2016. Because this is an appeal from an order terminating appellant's parental rights, we caution appellant no extensions may be granted absent exigent circumstances.

/s/     CRAIG STODDART
JUSTICE